# United States Bankruptcy Court
## Southern District of New York

In re **Joseph J. Schoicket**  
Debtor(s)

Case No. **10-35031**  
Chapter **13**

## ORDER DISMISSING CASE

Upon the petition filed herein on the Sixth day of January, 2010, the application of the debtor sworn to on the Nineteenth day of April, 2010 and upon all other proceedings held herein; It is

ORDERED that the chapter thirteen petition of Joseph J. Schoicket filed with this court on January 6, 2010 and denominated with docket number 10-35051 be and is dismissed without prejudice.

Dated **May 11, 2010**

Signature /S/ CECELIA G. MORRIS  
**Hon. Cecelia G. Morris**  
U.S.B.J.